United States District Court
Southern District of Texas
**ENTERED**
November 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLIE RANUM, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-2629 |
| | § | |
| NEBRASKA BOOK COMPANY, INC., | § | |
| Defendant. | § | |

## DISMISSAL ORDER

It is hereby **ORDERED** that the parties' Joint and Agreed Motion to Dismiss With Prejudice [Doc. # 24] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

SIGNED at Houston, Texas, this 4th day of **November, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE